IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHERYL ANN COPPOLA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN,[1] | : | |
| Acting Commissioner of Social Security | : | NO. 12-4644 |

**O R D E R**

AND NOW, this   3rd   day of December, 2013, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and and upon independent review of the briefs filed by the parties, it is hereby **ORDERED** that:

1. Plaintiff's Objections to the Report and Recommendation are **DENIED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Plaintiff's request for review is **DENIED**; and

4. Judgment is entered in favor of the Defendant.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Fed. R. Civ. P. 25(d), Carolyn W. Colvin has been substituted for Michael J. Astrue as the Defendant in this action.